UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD KUSKYE, III,

v. Case No.: 3:26-cv-235-ZCB

FRANK BISIGNANO.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Bolitho on 8/14/26
Type of Motion/Pleading: Motion for Extension
Filed by: Defendant on 8/14/26 Doc. 16

JESSICA LYUBLANOVITS,
CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

---

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this 14th day of August 2026:

Defendant's unopposed second motion for extension of time (Doc. 16) is **GRANTED**. Defendant's brief is now due **on or before September 14, 2026**. Plaintiff's reply, if any, is due **on or before September 28, 2026.**

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge